# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 26, 2022

## NO. 03-21-00603-CV

**Robert Norton, Appellant**

**v.**

**Cam Tu Phan, Appellee**

**APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on November 19, 2021. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.